UNITED STATES BANKRUPTCY COURT
DISTRICT OF PUERTO RICO

IN RE:
WILLIAM SUAREZ RODRIGUEZ

CASE NO. 10-10608-SEK

CHAPTER 13

DEBTOR (S)

NOTICE OF CONTINUANCE OF
341 MEETING OF CREDITORS

TO ALL PARTIES IN INTEREST:

The section 341 meeting of creditors scheduled for Fri Dec 10, 2010 at 11:00 am has been continued to Tue Dec 21, 2010 at 11:00 am at Ochoa Bldg., Tanca St., 1Fl., Comercio St. Entrance, San Juan PR 00901.

In San Juan, Puerto Rico this, Tuesday, November 30, 2010.

I CERTIFY that on this same date I have mailed a true copy of this notice to debtor, debtor's attorney and all parties in interest as per master address list.

/s/ Jose R. Carrion
Office of Jose R. Carrion
Chapter 13 Trustee
PO Box 9023884, Old San Juan Station
San Juan, PR 00902-3884
Tel. (787) 977-3535

| | |
|---|---|
| 10-10608-SEK | CERTIFICATE OF MAILING |

The undersigned hereby certifies that a true copy of the foregoing document was mailed by first class mail to the parties listed below:

| | |
|---|---|
| JOSE R. CARRION<br>PO BOX 9023884, OLD SAN JUAN STATION<br>SAN JUAN, PR 00902 | CELESTINO MATTA<br>US POST OFFICE & COURTHOUSE<br>300 RECINTO SUR ST., SUITE 109<br>OLD SAN JUAN, PR 00901 |
| JOSE PRIETO CARBALLO*<br>PO BOX 363565<br>SAN JUAN, PR 00936-3565 | DEPARTMENT OF TREASURY<br>PO BOX 9024140<br>SAN JUAN, PR 00902 |
| UNEMPLOYMENT INSURANCE<br>PUERTO RICO DEPT OF LABOR<br>12 FLOOR 505 MUNOZ RIVERA AVE.<br>SAN JUAN, PR 00918 | WILLIAM SUAREZ RODRIGUEZ<br>PARCELAS VANSCOY<br>R 10 CALLE 7<br>BAYAMON, PR 00956 |
| EE CONSTRUCTION<br>BOSQUE DE LAS PALMAS<br>139 COCOPLUMOSO<br>BAYAMON, PR 00956-9245 | LUZ G RIVERA RAMOS<br>RR04 BOX 667<br>SAN JUAN, PR 00957 |

DATED: November 30, 2010

OLGA SOSA
OFFICE OF THE CHAPTER 13 TRUSTEE