IN THE UNITED STATES BANKRUPTCY COURT FOR
THE DISTRICT OF PUERTO RICO

| IN THE MATTER OF: | |
|---|---|
| WILLIAM SUAREZ RODRIGUEZ | CASE NO. 10-10608 SEK<br>Chapter 13 |
| XXX-XX-1076 | |
| Debtor(s) | |

**NOTICE TO CREDITORS AND OTHER PARTIES IN INTEREST**

The **CONFIRMATION HEARING** scheduled for **01/25/2011 AT 9:00 A.M.** at the United States Bankruptcy Court, U.S. Post Office and Courthouse Building, second floor, Courtroom 1, 300 Recinto Sur Street, Old San Juan, Puerto Rico **HAS BEEN RESCHEDULED FOR 04/12/2011 AT 9:00 A.M.**

San Juan, Puerto Rico, this 04 day of January, 2011.

CELESTINO MATTA-MENDEZ
Clerk of the Court

BY: Dennis Rodriguez
Deputy Clerk

**DEALINE TO OBJECT TO THE CONFIRMATION OF THE PLAN:**

**OBJECTIONS MUST BE FILED NOT LATER THAN FOURTEEN (14) DAYS PRIOR THE HEARING ON CONFIRMATION AS PER P.R. LOCAL RULE 3015-2(e) (1).**